IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and

2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

    Defendants.

_____

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM* -
2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495**
_____

    Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Verified Complaint filed herein that the Court has jurisdiction over the defendant property, and it appears, for the reasons and causes set forth in the Verified Complaint, that there is probable cause to believe the defendant property is subject to a decree of forfeiture, and that a Warrant for Arrest of the defendant 2008 Toyota Highlander, VIN # JTEES42A182076495 should enter.

    IT IS THEREFORE ORDERED AND DECREED that a Warrant for Arrest of Property In Rem for the defendant 2008 Toyota Highlander VIN # JTEES42A182076495 shall issue as prayed for and that the Internal Revenue Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the defendant 2008 Toyota Highlander VIN # JTEES42A182076495 as soon as practicable, and to use whatever means may be

1

appropriate to protect and maintain it in your custody until further order of this Court;

THAT the Internal Revenue Service and/or any other duly authorized law enforcement officer shall promptly return the Warrant to the Court; and

THAT pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant property must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions no later than 60 days after the first day of publication on an official internet government forfeiture site, and shall serve and file their Answers to the Verified Complaint within twenty-one (21) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Special Attorney Richard L. Hathaway, United States Attorney's Office, 444 S.E. Quincy, Suite 290, Topeka, Kansas.

DONE at Denver, Colorado, this _____ day of _____, 2011.

BY THE COURT:

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE