IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and

2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

       Defendants.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM* -
2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495**

_____

TO: INTERNAL REVENUE SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

       PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant property described as follows: 2008 Toyota Highlander, VIN # JTEES42A182076495 , and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

       PROMPTLY TO make your return of this Warrant with the Court;

       DONE at Denver, Colorado, this _____ day of _____, 2011.

                                          GREGORY C. LANGHAM
                                          Clerk of the United States District Court

                                          By: _____
                                              Deputy Clerk