**Appendix H**

# INFORMATION REGARDING
# SPECIAL ASSIGNMENTS
### See D.C.COLO.LCivR 40.1

Case number of action being filed:

Case number of claimed related pending case in this court:  11-mj-01126-BNB
 .

Judge assigned to claimed related case: Magistrate Judge Boyd N. Boland

Type of action of claimed related case: Criminal Complaint

Status of claimed related pending case:  Pending - under seal

State reasons the new case is claimed to be related to a pending case(s):  Same facts and individuals involved in both cases

s/ Richard L. Hathaway                    Plaintiff
Assistant U.S. Attorney                    Party

August 11, 2011
Date

(Rev. 11/04)