IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and

2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

       Defendants.

**MOTION TO SEAL**

       The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys Richard L. Hathaway and Christine E. Kenney, move the Court to enter an Order sealing the Verified Complaint For Forfeiture In Rem, the government's Motion to Seal, the Order to Seal, and any Order resulting from the Verified Complaint, and as grounds therefore states:

       1.    The Verified Complaint For Forfeiture In Rem and this motion have been filed as a part of a continuing investigation.

       2.    The targets of the criminal investigation have fled the United States and believed to currently be in country of South Africa.

1

3. The release of the information in the Verified Complaint For Forfeiture In Rem would substantially jeopardize the security and the method of the investigation.

WHEREFORE the government moves this Honorable Court to enter an Order sealing the Verified Complaint For Forfeiture In Rem, this Motion to Seal, and any order issued by this Court with regarding to the Verified Complaint, against everyone except attorneys and employees of the Office of the U.S. Attorney, the Federal Bureau of Investigation and the Internal Revenue/Criminal Investigation Division, until the defendants have been located and arrested, or until further order of this Court.

DATED this 11th day of August, 2011.

Respectfully submitted,

ERIC HOLDER
Attorney General of the United States

BARRY R. GRISSOM
United States Attorney

/s/Richard L. Hathaway
RICHARD L. HATHAWAY #07767
Special Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683-3592
Tel: 785-295-2850
Fax: 785-295-2853
rich.hathaway@usdoj.gov

/s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Special Attorney
christine.kenney@usdoj.gov