IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and

2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

    Defendants.

---

**WRIT OF ENTRY**

---

TO: INTERNAL REVENUE SERVICE OR ITS REPRESENTATIVE - GREETINGS:

    Based upon the Verified Complaint for Forfeiture *In Rem* filed herein against the following defendant real property and the United States' Application for Writ of Entry:

    a.    927 Cole Street, Golden, Colorado, which is described as a tract of land situated in Parcel B, Exemption Survey Section 6, Township 4 South, Range 69 West, E18-3-93 according to the Exemption Survey Recorded June 4, 1993 at Reception No. 93079644 in Book 113 at Page 26, County of Jefferson, State of Colorado; and

    The Court being satisfied that it has jurisdiction over the defendant property, and that there is probable cause to believe the defendant real property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981; and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2) authorizing it to enter the defendant real property including any structures, for the purpose of conducting an inspection and inventory of the property and, as provided in 19 U.S.C. § 1606, to conduct appraisals; and

The United States having not requested authority to seize the defendant real property at this time but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* in a conspicuous place on defendant real property and serve notice of this action and a copy of the Complaint on the owner of the defendant real property under 18 U.S.C. § 985(c)(1) and (3), and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4);

IT IS ORDERED that the Internal Revenue Service or its designee, is hereby authorized to:

1. enter the defendant real property, including any structures, on one or more occasions during the pendency of this forfeiture action against the defendant real property, for the purpose of conducting an inspection, inventory, and appraisal of the defendant real property; and

2. be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisals may include, among other means, still and video photography; and

3. be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video

2

photography; and

    4.    be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

DONE at Denver, Colorado, this _____ day of _____, 2011.

                BY THE COURT:

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE