IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and

2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

        Defendants.

## ORDER TO SEAL

The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal its Verified Complaint For Forfeiture In Rem in this case, as well as the government's Motion to Seal, and any order issued with regard to this motion. Upon consideration,

IT IS ORDERED that the government's Motion to Seal, this Order, and the Verified Complaint For Forfeiture In Rem, as well as any order issued by this Court in disposition of Verified Complaint are hereby sealed until the defendants have been located and arrested, or until further order of this Court.

DATED at Denver, Colorado, this 15th day of August, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge