IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

        Defendants.

**NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY**

The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys Richard L. Hathaway and Christine E. Kenney, states:

THAT on August 11, 2011 the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 18 U.S.C. § 981 for the forfeiture of the defendant properties.

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure. Any person claiming or asserting an interest in the above-described real property must file his Verified Claim, pursuant to Supplemental Rule G(5) and 18 U.S.C. § 983, with the Clerk of the United States District Court, at Denver, Colorado, within thirty-five (35) days after the date of this notice. Your Answers to the Complaint must be filed within twenty-one (21) days after the filing of your Verified Claim. Copies

1

of these documents must be provided to the undersigned Assistant United States Attorney. Unless all interested parties file their Verified Claim and Answers within the specified time, a default pursuant to Rule 55 will be noted and forfeiture will be sought of the interest in the defendant real property following completion of notice by publication.

THAT additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619 and at 28 C.F.R. § 9.

DATED this 18th day of August, 2011.

Respectfully submitted,

ERIC HOLDER
Attorney General of the United States

BARRY R. GRISSOM
United States Attorney

/s/Richard L. Hathaway
RICHARD L. HATHAWAY #07767
Special Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683-3592
Tel: 785-295-2850
Fax: 785-295-2853
rich.hathaway@usdoj.gov

/s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Special Attorney
christine.kenney@usdoj.gov