IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA                                          **FILED UNDER SEAL**

      Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

      Defendants.

---

### AMENDED ORDER TO SEAL

---

The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal its Verified Complaint For Forfeiture In Rem in this case, as well as the government's Motion to Seal, and any order issued with regard to this motion. Upon consideration,

IT IS ORDERED that the government's Motion to Seal is Granted. The above-referenced case and all related documents are SEALED, except as to Plaintiff, its agents and court personnel, until the defendants have been located and arrested, or until further order of this Court.

DATED at Denver, Colorado, this 1st day of September, 2011.

                                                          BY THE COURT:

                                                          *s/Craig B. Shaffer*
                                                          Craig B. Shaffer
                                                          United States Magistrate Judge