IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and

2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

       Defendants.

**MOTION TO UNSEAL CASE**

       The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys Richard L. Hathaway and Christine E. Kenney, move this Court to enter an Order to Unseal the above captioned matter and all documents filed therein.

       In support of this motion the government makes the following showing:

       The concerns involved at the time the Order to Seal was granted no longer apply..

       WHEREFORE, the government moves this Honorable Court to enter an Order unsealing the above captioned matter and all documents filed therein.

       DATED this ____ day of September, 2011.

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES
     &
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
barry.grissom@usdoj.gov
by:
s/Richard L. Hathaway, #07767
rich.hathaway@usdoj.gov

     &
s/Christine E. Kenney, #13542
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853