IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and

2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

       Defendants.

**ORDER TO UNSEAL CASE**

The Court has for consideration the government's Motion to Unseal Case wherein the government asks this Court to unseal the above captioned mater and all documents filed therein. Upon consideration,

IT IS ORDERED that the government's Motion to Unseal Case is hereby granted.

IT IS SO ORDERED on this _____ day of _____, 2011.

                                      CRAIG B. SHAFFER
                                      UNITED STATES MAGISTRATE JUDGE
                                      DISTRICT OF COLORADO