IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

    Defendants.

## ORDER TO UNSEAL

The Court has for consideration the government's Motion to Unseal Case wherein the government asks this Court to unseal the above captioned mater and all documents filed therein. Upon consideration,

IT IS ORDERED that the government's Motion to Unseal Case is hereby granted. The Clerk of Court is instructed to unseal this civil action and all documents filed therein.

DATED at Denver, Colorado, this 4th day of October, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge