IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEFENDANT NO 1: ONE PARCEL PROPERTY LOCATED AT
927 COLE STREET, GOLDEN, COLORADO, WITH ALL
APPURTENANCES, IMPROVEMENTS AND ATTACHMENTS
THEREON;

DEFENDANT NO 2: ONE 2008 TOYOTA HIGHLANDER,
VIN # JTEES42A182076495;

        Defendants.

## STATUS REPORT - DECEMBER 21, 2011

        COMES NOW The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys Richard L. Hathaway and Christine E. Kenney, and submits the following Status Report.

        1.      On August 11, 2011, the United States filed a Verified Complaint for Forfeiture *In Rem* under seal against the above defendants. (Doc. 1).

        2.      On August 15, 2011, the Court issued an Order for Warrant of Arrest of Property In Rem. (Doc. 8.) A copy of the Verified Complaint and Writ of Entry (Doc. 9), were served upon the daughter of Marie Dalton, titled owner of Defendant No. 1, who informed Dalton of the Verified Complaint.

1

3. On September 1, 2011, the Court filed a Minute Order directing that a status report be filed every ninety (90) days, beginning November 30, 2011. (Doc. 14.) On October 4, 2011, the above case was unsealed. (Doc. 19.)

4. On September 21, 2011, Marie Dalton, titled owner of Defendant No. 1, filed a Verified Claim. (Doc. 16.) No other claims have been filed.

5. On October 19, 2011, an Indictment was returned against Marie Dalton and Richard Dalton in case no. 11-cr-430-CMA. The Indictment includes a notice that Defendant No. 1 and Defendant No. 2 are subject to criminal forfeiture.

5. On October 25, 2011, a copy of the Verified Complaint and a copy of the Notice of Complaint for Forfeiture in Rem (Doc. 13), were served on Marie Dalton, titled owner of Defendant No. 1, and on Richard Dalton, representative of the titled owner of Defendant No. 2.

6. The United States anticipates no other claims will be filed in this case. No answers have been filed in this case.

7. The United States plans to file a motion for interlocutory sale of the property. Said motion should be on file in the next week.

8. The United States suggests this case is ripe for a scheduling conference.

9. Although both interested parties, Marie Dalton and Richard Dalton, are represented by counsel in the criminal case, neither interested party is represented by counsel in the instant case.

DATED this 21st day of December, 2011.

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES
&
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
barry.grissom@usdoj.gov

by:

s/Richard L. Hathaway
rich.hathaway@usdoj.gov

&

s/Christine E. Kenney
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
*Attorneys for Plaintiff*

**CERTIFICATE OF MAILING**

I hereby certify that on this 21st day of December, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system, and true copies were mailed via certified mail, return receipt requested, to:

Marie Dalton #11-5145                    Cert # 7009 1680 0000 4542 2024
Douglas County Jail
4000 Justice Way
Castle Rock, CO 80109

3

Richard Dalton                                    Cert # 7009 1680 0000 4542 2017
FCI ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVENUE
LITTLETON, CO  80123

                                                  s/Christine E. Kenney
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
*Attorney for Plaintiff*