IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02106-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEFENDANT NO 1: ONE PARCEL PROPERTY LOCATED AT
927 COLE STREET, GOLDEN, COLORADO, WITH ALL
APPURTENANCES, IMPROVEMENTS AND ATTACHMENTS
THEREON;

DEFENDANT NO 2: ONE 2008 TOYOTA HIGHLANDER,
VIN # JTEES42A182076495;

        Defendants.

---

**MOTION FOR ORDER APPOINTING COUNSEL FOR INTERESTED PARTY**

---

The United States of America, by and through Attorney General of the United States Eric

Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special

Attorneys, Richard L. Hathaway and Christine E. Kenney, respectfully requests this Court for an

Order Appointing Counsel for Interested Party, Marie Dalton.  In support of this Motion, the

United States submits the following:

        1.        On August 11, 2011, the United States filed the Verified Complaint for Forfeiture

In Rem (Doc. 1), seeking forfeiture under 18 U.S.C. § 981 of Defendant No. 1, the real property

located at 927 Cole Street, Golden, Colorado,  and Defendant No. 2, a 2008 Toyota Highlander,

as property involved in and as proceeds of numerous violations of federal Mail Fraud, Wire

Fraud, Interstate Transportation of Stolen Property, and Money Laundering statutes.  Marie Dalton and Richard Dalton have an interest in one or both of these defendants.

2.      As more fully set forth in the Verified Complaint, the United States believes there is evidence to show that Defendant No. 1 was purchased by Marie Dalton and Defendant No. 2 was purchased by Richard Dalton as the representative of Universal Consulting Resources, using funds traceable to or involved in a mail and wire fraud scheme.

3.      On September 21, 2011, Marie Dalton filed a Verified Claim, asserting her interest in Defendant No. 1.  No other claims have been filed.  To date, no other entities have filed claims, nor have any entities filed a response.

4.      Currently, neither Marie Dalton nor Richard Dalton have legal representation in this case.  However, Marie Dalton and Richard Dalton are defendants in a pending criminal case, 11-cr-430-CMA, that stems from the same actions that form the basis of the Verified Complaint in this case.  The criminal case indictment includes a notice of intent to seek forfeiture of the properties described as Defendant No. 1 and Defendant No. 2 above.  Marie Dalton and Richard Dalton have been appointed counsel in the criminal case.

5.      Because Marie Dalton and Richard Dalton have standing to contest the forfeiture of property in this case, and have been appointed counsel in the related criminal case, 11-cr-430-CMA, pursuant to 18 U.S.C. § 983(b)(1)(A), this Court may authorize appointed counsel to represent Marie Dalton and Richard Dalton with respect to his or her claims in this case.  Government counsel has contacted appointed counsel and alerted them to this possibility.

5.      Edward Pluss, appointed counsel for Richard Dalton in case no. 11-cr-430-CMA has contacted his client and states that Richard Dalton will waive any interest he may have in both Defendant No. 1 and Defendant No. 2.

6.      Thomas Goodreid, appointed counsel for Marie Dalton has contacted his client and states that he has discussed this issue previously with his client, and would accept the appointment to represent her in this civil forfeiture proceeding.

7.      Because Marie Dalton's interest in this civil forfeiture case may implicate potential defenses in the criminal case, 11-cr-430-CMA, the appointment of counsel in this civil forfeiture case will protect each interested party's constitutional rights as well as such party's property interests.

Wherefore, the United States respectfully requests that this Court find that Richard Dalton has waive any interest he may have in both Defendant No. 1 and Defendant No. 2. Further, in order to protect Marie Dalton's constitutional rights in the criminal case, 11-cr-430-CMA, as well as her interests in the property subject to this civil forfeiture case, the United States respectfully requests this Court for an order appointing Thomas Goodreid as counsel for Marie Dalton.

DATED:       January 5, 2012 _____

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES
        &
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
barry.grissom@usdoj.gov

by:

s/Richard L. Hathaway
rich.hathaway@usdoj.gov

<u>&</u>

3

s/Christine E. Kenney
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2012, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system which will send a notice of electronic filing to any

counsel of record, and true copies were deposited in the United States mail to:

Thomas Edward Goodreid
Attorney at Law
1801 Broadway, Suite 1100
Denver, CO 80202

Edward A. Pluss
Office of the Federal Public Defender
633 Seventeenth St., #1000
Denver, CO 80202

and that true copies were mailed via certified mail, return receipt requested to the individuals at
the addresses listed below:

Marie Dalton #11-5145                    Cert # 7009 1680 0000 4542 2000
Douglas County Jail
4000 Justice Way
Castle Rock, CO 80109

Richard Dalton                           Cert # 7009 1680 0000 4542 2208
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO  80123

s/Christine E. Kenney
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853