

# Department of the Treasury
### *Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF    UNITED STATES OF AMERICA | COURT CASE NUMBER    11-cv-02106-PAB-KLM |
|---|---|
| DEFENDANT  927 Cole Street, Golden, Colorado et al | TYPE OF PROCESS    personal service of notice |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Christine E. Kenney, Special Attorney<br>444 SE Quincy<br>Topeka, Kansas 66683 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve the title owner of 927 Cole Street, Golden, Colorado, Marie Dalton, with a copy of the Verified Complaint and Notice of Complaint for Forfeiture in Rem.

| Signature of Attorney or other Originator requesting service on behalf of: ( ) Plaintiff<br>( ) Defendant | TELEPHONE NO.<br>785-295-2854 | DATE<br>10-25-2011 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

*CUt Kenney*

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated.    1 | District of Origin No.  CO | District to Serve No.  Co | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.    *Ted Lair* | DATE  10/25/2011 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE  10/25/2011 | TIME OF SERVICE  1:30 | ( ) AM  ☒PM. |
| | SIGNATURE, TITLE AND TREASURY AGENCY  *Ted Lair* | | |
| REMARKS: | Special Agent - IRS Criminal Division | | |

TD F 90-22.48 (6/96)



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 11-cv-02106-PAB-KLM |
|---|---|
| DEFENDANT 927 Cole Street, Golden, Colorado et al | TYPE OF PROCESS personal service of notice |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Christine E. Kenney, Special Attorney<br>444 SE Quincy<br>Topeka, Kansas 66683 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve Richard Dalton, representative of the title owner of 2008 Toyota Highlander, with a copy of the Verified Complaint and Notice of Complaint for Forfeiture in Rem.

| Signature of Attorney or other Originator requesting service on behalf of: ( ) Plaintiff ( ) Defendant | TELEPHONE NO. 785-295-2854 | DATE 10-25-2011 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

*Cht Kenney*

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. 1 | District of Origin No. CO | District to Serve No. CO | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER Ted Lair | DATE 10/25/2011 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS". THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 10/25/2011 | TIME OF SERVICE 1:30 | ( ) AM ( ) PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY Ted Lair | | |
| REMARKS: | Special Agent - IRS Criminal Division | | |

TD F 90-22.48 (6/96)