

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 11-cv-02106-PAB |
| **DEFENDANT** 927 Cole Street, Golden, Colorado et al | **TYPE OF PROCESS** personal service of motion |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christine E. Kenney, Special Attorney
444 SE Quincy, Suite 290
Topeka, Kansas 66683

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve Richard Dalton, representative of UCR, title owner of 2008 Toyota Highlander, with a copy of the Motion for Order for Seizure and Interlocutory Sale of Real Property - Exigent Circumstances

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant

TELEPHONE NO. 785-295-2854
DATE 12-27-2011

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. CO
District to Serve No. CO
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. Ted Lair
DATE 1/2/2012

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.
( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE 1/6/2012
TIME OF SERVICE 10:45
(X) AM ( ) PM

SIGNATURE, TITLE AND TREASURY AGENCY
Ted Lair
Special Agent - IRS Criminal Division

REMARKS:

TD F 90-22.48 (6/96)



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER | 11-cv-02106-PAB |
|---|---|---|---|
| DEFENDANT | 927 Cole Street, Golden, Colorado et al | TYPE OF PROCESS | personal service of motion |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christine E. Kenney, Special Attorney
444 SE Quincy, Suite 290
Topeka, Kansas 66683

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve Marie Dalton, title owner of 927 Cole Street, Golden, Colorado, with a copy of the Motion for Order for Seizure and Interlocutory Sale of Real Property - Exigent Circumstances

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff  ( ) Defendant
TELEPHONE NO. 785-295-2854
DATE 12-27-2011

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. CO
District to Serve No. CO
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. Ted Lair
DATE 1/2/2012

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE 1/5/2012
TIME OF SERVICE 11:20
(X) AM ( ) PM

SIGNATURE, TITLE AND TREASURY AGENCY
Ted Lair
Special Agent - IRS Criminal Division

REMARKS:

TD F 90-22.48 (6/96)