IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  **11-cv-02106-PAB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| Date:  **January 25, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                               *Counsel:*

USA,                                                     Christine E. Kenney
                                                         Richard Lee Hathaway

      Plaintiff,

v.

927 COLE STREET, GOLDEN,                    Thomas Edward Goodreid
COLORADO, and
2008 TOYOTA HIGHLANDER VIN
#JTEES42A182076495,

      Defendants,

MARIE DALTON,

      Claimant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:      9:25 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the agreement that has been reached with Marie Dalton and the corresponding asset forfeiture paperwork to be filed.

**ORDERED:**   The asset forfeiture paperwork shall be filed with the court **on or before February 15, 2012**.

Hearing Concluded.
**Court in recess:      9:29 a.m.**

Total time in court:    00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.