IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02106-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEFENDANT NO 1: ONE PARCEL PROPERTY LOCATED AT
927 COLE STREET, GOLDEN, COLORADO, WITH ALL
APPURTENANCES, IMPROVEMENTS AND ATTACHMENTS
THEREON;

DEFENDANT NO 2: ONE 2008 TOYOTA HIGHLANDER,
VIN # JTEES42A182076495;

        Defendants.

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND
FOR EXTENSION OF TIME TO FILE PLEADINGS**

        The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys, Richard L. Hathaway and Christine E. Kenney, respectfully requests this Court for an Order extending the time to file pleadings and continue scheduling conference.

        1.      On August 11, 2011, the United States filed the Verified Complaint for Forfeiture In Rem (Doc. 1), seeking forfeiture under 18 U.S.C. § 981 of Defendant No. 1, the real property located at 927 Cole Street, Golden, Colorado, and Defendant No. 2, a 2008 Toyota Highlander, as property involved in and as proceeds of numerous violations of federal Mail Fraud, Wire Fraud, Interstate Transportation of Stolen Property, and Money Laundering statutes.  Marie

1

Dalton and Richard Dalton have an interest in one or both of these defendants.

2.  As more fully set forth in the Verified Complaint, the United States believes there is evidence to show that Defendant No. 1 was purchased by Marie Dalton and Defendant No. 2 was purchased by Richard Dalton as the representative of Universal Consulting Resources, using funds traceable to or involved in a mail and wire fraud scheme.

3.  On September 21, 2011, Marie Dalton filed a Verified Claim, asserting her interest in Defendant No. 1.  No other claims have been filed.  To date, no other entities have filed claims, nor have any entities filed a response.

4.  On December 23, 2011, the Court set a Scheduling Conference and Rule 26(f) Planning Meeting for February 23, 2012.  The parties' Scheduling Order is due February 17, 2012.  (Doc. 23.)

5.  On January 18, 2012, Richard Dalton signed a Consent to Forfeiture voluntarily consenting to the forfeiture of his interests in Defendant No. 1 and Defendant No. 2. (Attachment A.)

6.  The Court granted the United States's Motion for Order for Seizure and Interlocutory Sale of Real Property - Exigent Circumstances (Doc. 25, Doc. 30).  Thereafter, the Court held a status conference on January 25, 2012.  At the status conference, counsel for the United States and counsel for Marie Dalton announced to the Court that the parties had reached an agreement regarding the status of the case. Based upon the parties' representation, the Court ordered that the following pleadings be filed no later than February 15, 2012: agreed upon Order for Interlocutory Sale of Defendant No. 1, Motion and Order for Default Judgment as to Defendant No. 2, and agreed upon Motion and Order to Stay Proceedings Pending the Outcome of *United States v. Richard Dalton and Marie Dalton,* Case No. 11-430-CMA.

7.  Several matters are still outstanding that affect the parties' ability to meet the current deadlines.  First, a request for status conference is pending in *Securities and Exchange Commission v. Richard Dalton, et. al.,* Case. No. 10-cv-02794-REB-KLM, before the Honorable Judge Robert E. Blackburn.  Because Judge Blackburn entered an earlier order regarding Defendant No. 1, all parties request time to advise him of the subsequent activities in the instant case.  Second, publication notice as to Defendant No. 2 has not occurred, and should prior to the entry of any stay order.  Third, an extension of time would allow time after publication notice for any other interested parties to be identified before the litigation goes any further.  The parties are working diligently to resolve these outstanding concerns, and suggest that a 60 day extension of the current deadlines would be sufficient.

Wherefore, the United States respectfully requests that this Court grant this joint motion and continue the Scheduling Conference, currently set for **February 23, 2012**, for 60 days, and grant a 60 day extension of time to file the following pleadings currently due **February 15, 2012**: agreed upon Order for Interlocutory Sale of Defendant No. 1, Motion and Order for Default Judgment as to Defendant No. 2, and agreed upon Motion and Order to Stay Proceedings Pending the Outcome of *United States v. Richard Dalton and Marie Dalton,* Case No. 11-430-CMA.

DATED:    February 13, 2012

3

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES
&
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
barry.grissom@usdoj.gov

by:

s/Richard L. Hathaway
rich.hathaway@usdoj.gov

&

s/Christine E. Kenney
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to any counsel of record.

s/Christine E. Kenney
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853