

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER | 11-2106 |
|---|---|---|---|
| DEFENDANT | Def. No. 1: 927 Cole Street, Golden, Co, et al | TYPE OF PROCESS | Complaint, Warrant and Notice |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

Jefferson County Assessor's Office
100 Jefferson County Pkwy., Golden, CO 80419

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Annette B. Gurney, Assistant United States Attorney #11602
301 N. Main, Suite 1200
Wichita, Kansas 67202

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve the above by certified mail, return receipt requested. Please return the certified mail receipt together with the Process Receipt and Return to the U.S. Attorney's Office.

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff  ( ) Defendant

TELEPHONE NO. 316-269-6481

DATE 02/15/2012

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.
2/21/12  TedLair Special Agent

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. CO | District to Serve No. CO | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. TedLair Special Agent | DATE 2/21/12 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, (X) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

| DATE OF SERVICE | TIME OF SERVICE | (X) AM |
|---|---|---|
| 2/22/12 | 10:00 | ( ) PM |

SIGNATURE, TITLE AND TREASURY AGENCY  IRS Criminal Division
TedLair Special Agent

REMARKS: I mailed by certified mail, return receipt requested on 2/22/12. Received delivery confirmation on 2/27/12.

TD F 90-22.48 (6/96)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jefferson County Assessor's Office
   100 Jefferson County Parkway
   Golden, CO 80419

2. Article Number
   (Transfer from service label)

   7002 2410 0001 9307 6060

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Carey DePetris
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
FEB 24 RECD              FEB 24 2012

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes