

# Department of the Treasury

### Federal Law Enforcement Agencies

## PROCESS RECEIPT AND RETURN

| PLANTIFF  UNITED STATES OF AMERICA | COURT CASE NUMBER  11-2106 |
|---|---|
| DEFENDANT  Def. No. 1: 927 Cole Street, Golden, Co, et al | TYPE OF PROCESS  Complaint, Warrant and Notice |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | Securities and Exchange Commission, Attention: Barbara Wells, 1801 California Street, Suite 1500, Denver, CO 80202 |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Annette B. Gurney, Assistant United States Attorney #11602 301 N. Main, Suite 1200 Wichita, Kansas 67202 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve the above by certified mail, return receipt requested.  Please return the certified mail receipt together with the Process Receipt and Return to the U.S. Attorney's Office.

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant  *Annette Gurney* | TELEPHONE NO.  316-269-6481 | DATE  02/15/2012 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.   *2/21/12   Ted Lair   Special Agent*

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated.  1 | District of Origin  No. CO | District to Serve  No. CO | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.  *Ted Lair Special Agent* | DATE  2/21/12 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, (✓) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE  2/22/12 | TIME OF SERVICE  10:00   (✓) AM   ( ) P.M. |
| | SIGNATURE, TITLE AND TREASURY AGENCY  *Ted Lair Special Agent*  IRS- Criminal Division | |

REMARKS:  *I mailed by certified mail, return receipt requested on 2/22/12. Received delivery confirmation on 2/24/12.*

TD F 90-22.48 (6/96)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)    C. Date of Delivery 2·23-12 |

1. Article Addressed to:

Securities & Exchange Commission
Attn: Barbara Wells
1801 California St., Suite 1500
Denver, CO 80202

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee*)  ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7002 2410 0001 9307 6053

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540