IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02106-PAB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DEFENDANT NO 1: ONE PARCEL PROPERTY LOCATED AT
927 COLE STREET, GOLDEN, COLORADO, WITH ALL
APPURTENANCES, IMPROVEMENTS AND ATTACHMENTS
THEREON;

DEFENDANT NO 2: ONE 2008 TOYOTA HIGHLANDER,
VIN # JTEES42A182076495;

       Defendants.

## STATUS REPORT - MARCH 19, 2012

      COMES NOW The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys Richard L. Hathaway and Christine E. Kenney, and submits the following Status Report.

      1.     On August 11, 2011, the United States filed a Verified Complaint for Forfeiture *In Rem* under seal against the above defendants. (Doc. 1).

      2.     On August 15, 2011, the Court issued an Order for Warrant of Arrest of Property In Rem. (Doc. 8.) A copy of the Verified Complaint and Writ of Entry (Doc. 9), were served upon the daughter of Marie Dalton, titled owner of Defendant No. 1, who informed Dalton of the Verified Complaint.

1

3.      On September 1, 2011, the Court filed a Minute Order directing that a status report be filed every ninety (90) days, beginning November 30, 2011.  (Doc. 14.)  On October 4, 2011, the above case was unsealed.  (Doc. 19.)

4.      On September 21, 2011, Marie Dalton, titled owner of Defendant No. 1, filed a Verified Claim.  (Doc. 16.)  No other claims have been filed.

5.      On October 19, 2011, an Indictment was returned against Marie Dalton and Richard Dalton in case no. 11-cr-430-CMA.  The Indictment includes a notice that Defendant No. 1 and Defendant No. 2 are subject to criminal forfeiture.

5.      On October 25, 2011, a copy of the Verified Complaint and a copy of the Notice of Complaint for Forfeiture in Rem (Doc. 13), were served on Marie Dalton, titled owner of Defendant No. 1, and on Richard Dalton, representative of the titled owner of Defendant No. 2.

6.      The United States anticipates no other claims will be filed in this case.  No answers have been filed in this case.

7.      On January 11, 2012, counsel was appointed for Marie Dalton.

8.      On January 18, 2012, Richard Dalton signed a Consent to Forfeiture, waiving any rights to both Defendant No. 1 and Defendant No. 2.  (Doc. 39.)

9.      On February 14, 2012, this Court granted an extension of time to allow the parties to file certain pleadings to preserve the values of Defendant No. 1 and Defendant No. 2, before entering an agreed upon order to stay these proceedings pending the outcome of the criminal case.  (11-CR-430-CMA.)  The deadline to file these pleadings is April 16, 2012.

10.      On March 12, 2012, the Court entered an Order Authorizing the Sale of Defendant No. 1.

11. The United States is currently awaiting the deadline to run as to Defendant No. 2, allowing time after publication notice for any other interested parties to be identified and potential claims to be resolved. Once this deadline has run, the United States will file a proposed Motion and Order for default judgment as to Defendant No. 2, and an agreed upon Motion and Order to stay the proceedings pending the outcome of the criminal case.

DATED this 19th day of March, 2012.

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES
&
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
barry.grissom@usdoj.gov

by:

s/Richard L. Hathaway
rich.hathaway@usdoj.gov

&

s/Christine E. Kenney
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
*Attorneys for Plaintiff*

**CERTIFICATE OF MAILING**

I hereby certify that on this 19th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to any counsel of record.

s/Christine E. Kenney
christine.kenney@usdoj.gov
Special Attorneys
444 SE QUINCY, SUITE 290
TOPEKA, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
*Attorney for Plaintiff*