IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-CV-02106-PAB-CBS

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DEFENDANT 1: ONE PARCEL OF PROPERTY
LOCATED AT 927 COLE STREET, GOLDEN,
COLORADO, with all appurtenances,
improvements and attachments thereon,

DEFENDANT 2: ONE 2008 TOYOTA
HIGHLANDER, VIN #JTEES42A182076495,

                Defendants.

_____

## DECLARATION OF PUBLICATION
_____

      Notice of Civil Forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on February 15, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2012.

                                                /s/Christine E. Kenney
                                               CHRISTINE E. KENNEY #13542
                                               Special Attorney
                                               444 S.E. Quincy, Suite 290
                                               Topeka, KS 66683-3592
                                               Tel: 785-295-2850
                                               Fax: 785-295-2853

1

Christine.kenney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Special Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683-3592
Tel: 785-295-2850
Fax: 785-295-2853
Christine.kenney@usdoj.gov