IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02106-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEFENDANT NO 1: ONE PARCEL PROPERTY LOCATED AT
927 COLE STREET, GOLDEN, COLORADO, WITH ALL
APPURTENANCES, IMPROVEMENTS AND ATTACHMENTS
THEREON;

DEFENDANT NO 2: ONE 2008 TOYOTA HIGHLANDER,
VIN # JTEES42A182076495;

        Defendants.

**SECOND MOTION FOR EXTENSION OF TIME
TO FILE PLEADINGS**

The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys, Richard L. Hathaway and Christine E. Kenney, respectfully requests this Court for a second Order extending the time to file certain pleadings.

1.      On February 16, 2012, the Court upon joint motion of the parties entered an Order extending the deadline to file certain pleadings. (Doc. 38, *Order to Continue Scheduling Conference and Extending Time to File Pleadings*.)

2.      Since the entry of that Order, the United States has been diligently working to complete certain tasks before requesting a stay of the instant case pending the outcome of *United*

1

*States v. Richard Dalton and Marie Dalton*, Case No. 11-430-CMA.  However, one last matter remains outstanding and cannot be completed prior to the current deadline of April 16, 2012.

3. Publication Notice as to Defendant No. 2 commenced on Feb 15, 2012 and concluded on March 15, 2012.  (Doc. 44.)  Potential claimants have 30 days after the last publication day, or until April 15, 2012, to file a claim.  Thus, the United States suggest that a continuance of the deadline to May 14, 2012 will give sufficient time to identify potential claimants and resolve the proceedings as to Defendant No. 2.

3. Counsel for Marie Dalton has been contacted and does not object to this request for extension of time.

Wherefore, the United States respectfully requests that this Court grant this request to extend the deadline to file the following pleadings currently due **April 16, 2012**:  Motion and Order for Default Judgment as to Defendant No. 2, and agreed upon Motion and Order to Stay Proceedings Pending the Outcome of *United States v. Richard Dalton and Marie Dalton,* Case No. 11-430-CMA.

DATED: April 9, 2012

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES
&
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
barry.grissom@usdoj.gov

by:

        s/Richard L. Hathaway
        rich.hathaway@usdoj.gov

          <u>&</u>

        s/Christine E. Kenney
        christine.kenney@usdoj.gov
        Special Attorneys
        444 SE QUINCY, SUITE 290
        TOPEKA, KS 66683
        Phone: (785) 295-2850
        Fax: (785) 295-2853


## **<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on April 9, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to any counsel of record.


        s/Christine E. Kenney
        christine.kenney@usdoj.gov
        Special Attorneys
        444 SE QUINCY, SUITE 290
        TOPEKA, KS 66683
        Phone: (785) 295-2850
        Fax: (785) 295-2853