IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, et. al.

    Defendants.

---

## VERIFIED CLAIM OF GEORGE MAGNANI
## SUBMITTED PURSUANT TO 18 U.S.C. § 983

---

George Magnani, by and through his counsel Ogborn, Summerlin & Ogborn, LLC, submits the following Verified Claim pursuant to 18 U.S.C. § 983 and in support thereof states:

1. On August 11, 2011, the Plaintiff filed a Verified Complaint for Forfeiture *In Rem* pursuant to 18 U.S.C. § 983 for forfeiture of the real property located at 927 Cole Street in Golden, Colorado.

2. Pursuant to 18 U.S.C. § 983(a)(2)(A) and (B), any person claiming an interest in seized property may file a claim with the appropriate authority. Such claim must be filed within thirty-five (35) days after the date of a personal notice letter, "except that if that letter is not received, then a claim may be filed not later than 30 days after the date of final publication of notice of seizure."

3. George Magnani obtained a judgment against Marie Dalton, title owner of the real property located at 927 Cole Street, and thereafter recorded a civil judgment against the

real property in order to recover the sums awarded in the judgment.

4. In light of that judgment, George Magnani received notice of the civil forfeiture action on March 27, 2012, when the Verified Complaint and Notice of Complaint for Civil Forfeiture Against Real Property was delivered to his counsel.

5. Receipt of such Notice occurred outside of the thirty-five (35) day deadline set forth in the Notice; however, on information and belief, the deadline to file a claim pursuant to the final publication of notice of seizure deadline is April 15, 2012.

6. As such, George Magnani hereby states that he is an interested party to the real property in light of his recorded judgment.

7. This Verified Claim is made under oath, subject to penalty of perjury.

Respectfully submitted this 12th day of April, 2012.

CLAIMANT

_____
George Magnani
6859 Shoshone Avenue
Van Nuys, California 91406

OGBORN, SUMMERLIN & OGBORN, LLC

_____
Murray Ogborn, Atty. Reg. No. 14508
Nicole M. Quintana, Atty. Reg. No. 42675
1700 Broadway, Suite 1900
Denver, Colorado 80290
Phone: (303) 861-7472
Facsimile: (720) 317-4386

*Attorneys for Claimant George Magnani*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a correct copy of the foregoing was served on the following via CM/ECF and/or regular, U.S. mail, postage prepaid on this 12th day of April, 2012.

Richard L. Hathaway
Christine E. Kenney
Special Attorneys for the U.S. Attorney's Office
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683-3592
rich.hathaway@usdoj.gov
christine.kenney@usdoj.gov

_____
Audra Albright