IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-CV-02106-PAB-CBS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEFENDANT 1: ONE PARCEL OF PROPERTY
LOCATED AT 927 COLE STREET, GOLDEN,
COLORADO, with all appurtenances,
improvements and attachments thereon,

DEFENDANT 2: ONE 2008 TOYOTA
HIGHLANDER, VIN #JTEES42A182076495,

Defendants.

_____

## REQUEST FOR CLERK'S ENTRY OF DEFAULT AND PARTIAL DEFAULT

_____

Plaintiff, the United States of America, hereby requests that the Clerk of the Court enter a

partial default in this matter, pursuant to Federal Rule of Civil Procedure 55(a), against all

persons and entities having an interest in Defendant No. 1 captioned above, except for Marie

Dalton and George Magnani, for failure to file a verified statement of interest or answer or

otherwise defend this action as provided for in Rule C of the Supplemental Rules for Certain

Admiralty and Maritime Claims. As to Defendant No. 2, the United States of America, hereby

requests that the Clerk of the Court enter a default in this matter pursuant to Federal Rule of

Civil Procedure 55(a), against all persons and entities having an interest in Defendant No. 2

captioned above for failure to file a verified statement of interest or answer or otherwise defend

this action as provided for in Rule C of the Supplemental Rules for Certain Admiralty and

Maritime Claims.   A Declaration in Support of this Request is attached hereto.

/s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Special Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683-3592
Tel: 785-295-2850
Fax: 785-295-2853
Christine.kenney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, I electronically filed the foregoing with the clerk of

the court by using the CM/ECF system which will send a notice of electronic filing to counsel of

record.

/s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Special Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683-3592
Tel: 785-295-2850
Fax: 785-295-2853
Christine.kenney@usdoj.gov