IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEFENDANT 1: ONE PARCEL OF PROPERTY
LOCATED AT 927 COLE STREET, GOLDEN,
COLORADO, with all appurtenances,
improvements and attachments thereon,

DEFENDANT 2: ONE 2008 TOYOTA
HIGHLANDER, VIN #JTEES42A182076495,

        Defendants.

---

### DECLARATION IN SUPPORT OF CLERK'S ENTRY OF DEFAULT AND PARTIAL DEFAULT

---

1. I am an Assistant United States Attorney and represent the plaintiff, the United States of America, in this action.

2. A Verified Complaint for Forfeiture was filed against the above-captioned defendant on August 11, 2011. The Complaint alleges that the defendants are proceeds of 18 U.S.C. §§ 1341, 1343 and 2314, and is property involved in money laundering in violation of 18 U.S.C. §§ 1956 and 1957, and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981.

3. Pursuant to Rule G, and a Warrant for Arrest of Articles In Rem issued by the Clerk of the District Court, all persons interested in the defendant were required to file a verified statement of interest with the Clerk of the Court within 35 days of sending service of the

Complaint, or 30 days of the final date of publication or actual notice of this action, whichever occurred first.

4. On February 22, 2012, the Internal Revenue Service sent a copy of the Complaint and Warrant of Arrest by both certified mail, return receipt requested, and first-class mail to the Jefferson County Assessor's Office. The certified mail was received on February 27, 2012. (Doc. 41).

5. On February 22, 2012, the Internal Revenue Service sent a copy of the Complaint and Warrant of Arrest by both certified mail, return receipt requested, and first-class mail to the Securities and Exchange Commission. The certified mail was received on February 24, 2012. (Doc. 42).

6. On October 25, 2011, the Internal Revenue Service served Marie Dalton with personal notice of the Complaint and Warrant of Arrest. (Doc. 31).

7. On January 6, 2012, the Internal Revenue Service served Richard Dalton with personal notice of the Complaint and Warrant of Arrest. (Doc. 32).

8. Notice of this civil forfeiture was posted on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on February 15, 2012. (Doc. 44).

9. On September 21, 2011, Marie Dalton filed a claim as to Defendant No. 1. (Doc. 16).

10. On April 12, 2012, George Magnani filed a claim as to Defendant No. 1. (Doc. 47).

11. No statement of interest, claim or answer has been filed in this proceeding by any person as to Defendant No. 1, other than Marie Dalton and George Magnani.

12. No statement of interest, claim or answer has been filed in this proceeding by an person as to Defendant No. 2.

13. Declarant knows of no reason why a default against all persons and entities having an interest in Defendant No. 2 should not now be entered, and as to Defendant No. 1, except for Marie Dalton and George Magnani.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2012.

/s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Special Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683-3592
Tel: 785-295-2850
Fax: 785-295-2853
Christine.kenney@usdoj.gov