IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER VIN #JTEES42A182076495,

      Defendants.

---

## CLERK'S NOTE

---

This matter is before the Clerk's office on a Request for Clerk's Entry of Default and Partial Default against 927 Cole Street, Golden, Colorado.  Upon examination of our records, the Clerk notes that an answer has been filed in this matter regarding defendant 927 Cole Street, Golden, Colorado; therefore, determination of title and ownership of the property is the subject of dispute before the court. Therefore,

DEFAULT of defendant 927 Cole Street, Golden, Colorado will not be entered.

DATED: May 9, 2012.

GREGORY C. LANGHAM, CLERK


By:   s/ Edward P. Butler
        Edward P. Butler, Deputy Clerk