IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-CV-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEFENDANT 1: ONE PARCEL OF PROPERTY
LOCATED AT 927 COLE STREET, GOLDEN,
COLORADO, with all appurtenances,
improvements and attachments thereon,

DEFENDANT 2: ONE 2008 TOYOTA
HIGHLANDER, VIN #JTEES42A182076495,

        Defendants.

_____

### MOTION FOR ENTRY OF DEFAULT JUDGMENT AND REQUEST FOR FINAL ORDER OF FORFEITURE AS TO DEFENDANT NO. 2

COMES NOW the United States of America, by and through Attorney General of the United States Eric Holder, United States Attorney Barry R. Grissom, and Christine E. Kenney, Special Assistant Attorney, and respectfully moves the Court for the entry of default judgment and a final order of forfeiture as to Defendant No. 2.  In support of this motion, the United States shows the Court as follows:

    1.    Pursuant to Federal Rules of Civil Procedure 55(a) a Clerk's Entry of Default as to Defendant No. 2 was filed on May 9, 2012,  against all persons for failing to file a claim. (Doc. 51).

    2.    Pursuant to Federal Rule of Civil Procedure 55(b)(2), plaintiff, the United States of America, hereby requests that the Court enter default judgment as to Defendant No. 2 in favor of

plaintiff thereby forfeiting the defendant property to the United States of America.

WHEREFORE, the United States of America respectfully moves the Court to enter default judgment as to Defendant No. 2 in favor of plaintiff and enter a final order of forfeiture.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney


/s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Special Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683-3592
Tel: 785-295-2850
Fax: 785-295-2853
Christine.kenney@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on the 29th day of June, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

/s/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Special Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683-3592
Tel: 785-295-2850
Fax: 785-295-2853
Christine.kenney@usdoj.gov