IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER, VIN # JTEES42A182076495,

       Defendants.
_____

### ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF
_____

       COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the above-named Plaintiff.

       DATED this 27th day of July, 2012.

       Respectfully submitted,

       JOHN F. WALSH
       United States Attorney

By: s/ *Tonya S. Andrews*
       Tonya S. Andrews
       Assistant United States Attorney
       1225 Seventeenth Street, Ste. 700
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: tonya.andrews@usdoj.gov
       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following participants:

Christine E. Kenney
Richard Lee Hathaway
*Attorneys for Plaintiff*

Thomas Edward Goodreid
*Attorney for Claimant Marie Dalton*

Nicole Michelle Quintana
*Attorney for Claimant George Magnani*

                                      s/ *Raisa Vilensky*
                                      FSA Data Analyst
                                      Office of the U.S. Attorney