**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, et. al.

        Defendants.

---

**NOTICE OF CHANGE IN LAW FIRM AFFILIATION AND CONTACT INFORMATION**

---

PLEASE TAKE NOTICE that law firm affiliation and contact information for Murray Ogborn and Nicole M. Quintana, counsel of record for Claimant George Magnani, will change on November 1, 2012, to the following:

OGBORN MIHM LLP
1700 Broadway, Suite 1900
Denver, Colorado 80290
Telephone: (303) 592-5900
Facsimile: (303) 831-0551
Email: murray.ogborn@ogbornmihm.com; nicole.quintana@ogbornmihm.com

Accordingly, OGBORN, SUMMERLIN & OGBORN, LLC hereby withdraws as counsel for Claimant George Magnani and the law firm of OGBORN MIHM LLP will be representing Claimant George Magnani. Please address all future pleadings, papers, email and correspondence as indicated above.

DATED this 1st day of November, 2012.

OGBORN MIHM LLP

*Original signature on file*
*/s/ Nicole M. Quintana*

_____
Murray Ogborn, Atty. Reg. No. 14508
Nicole M. Quintana, Atty. Reg. No. 42675
1700 Broadway, Suite 1900
Denver, Colorado 80290
Phone: (303) 592-5900
Facsimile: (303) 831-0551
*Attorneys for Claimant George Magnani*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a correct copy of the foregoing was served on the following via CM/ECF and/or regular, U.S. mail, postage prepaid on this 1st day of November, 2012.

Richard L. Hathaway
Christine E. Kenney
Special Attorneys for the U.S. Attorney's Office
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683-3592
rich.hathaway@usdoj.gov
christine.kenney@usdoj.gov

*Original signature on file*
*/s/ Audra Albright*

_____
Audra Albright, Paralegal