IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER, VIN # JTEES42A182076495,

    Defendants.

_____

**STATUS REPORT – NOVEMBER 13, 2012**
_____

    The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys, Tonya S. Andrews, Richard L. Hathaway and Christine E. Kenney, and in compliance with Magistrate Judge Shaffer's May 21, 2012 Minute Order (Doc. 55), submits the following Status Report.[1]

    1.    On August 11, 2011, the United States filed a Verified Complaint for Forfeiture *In Rem* against the above defendants. (Doc. 1).

    2.    On September 21, 2011, Marie Dalton, a title owner of defendant 927 Cole Street, Golden, Colorado (defendant Cole Street), filed a claim as to defendant Cole Street. (Doc. 16).

---

[1] The United States notes that many other pleadings and events other than those articulated herein have occurred in this case. However, in an effort to be brief, the United States has only referenced those pleadings it believes are necessary to give the Court an accurate and useful status of the case.

1

3.      On January 18, 2012, Richard Dalton signed a Consent to Forfeiture, waiving any rights to the defendant assets.  (Doc. 39).

4.      On March 12, 2012, the Court granted an Order Authorizing the Interlocutory Sale of defendant Cole Street.  (Doc. 40).  However, before the United States could sell defendant Cole Street, claimant George Magnani recorded a civil judgment against Marie Dalton on defendant Cole Street; thus, preventing the United States from being able to provide a clean title to any future buyer and, therefore, preventing any future sale of defendant Cole Street until Claimant Magnani's claim is resolved.[2]

5.      On April 12, 2012, claimant George Magnani filed a claim as to defendant Cole Street.  (Doc. 47).

6.      On May 16, 2012, the United States moved to stay the proceedings in this matter in light of the related criminal case, *United States v. Richard Dalton, et al*, 11-cr-430-CMA.  (Doc. 53).  On May 21, 2012, the Court granted the motion to stay and stayed these proceedings for 180 days, that is until November 17, 2012.  (Doc. 55).

7.      On June 29, 2012, the United States filed a motion for default as to defendant 2008 Toyota Highlander.  (Doc. 56).  As outlined in that motion, because no third parties have filed a timely claim as to this defendant, an order of default may be entered.

---

[2] The United States intends to further consult with counsel for Claimant Magnani, regarding their consent to interlocutory sale as the property is currently costing approximately $350.00 a month to maintain.  Claimant Magnani has previously not responded to the government's request for his position on this matter.

8. The related criminal case is currently scheduled for a three-week trial to begin on March 4, 2013. All pre-trial motions are currently due by December 7, 2012. Pending those dates, the United States is involved in plea negotiations with both defendants, Richard Dalton and Marie Dalton.

9. Accordingly, the United States intends to move for an extension of the stay in this case by November 17, 2012.

DATED this 13th day of November, 2012.

    Respectfully submitted,

    ERIC H. HOLDER, JR.
    ATTORNEY GENERAL OF THE UNITED STATES
        &
    BARRY R. GRISSOM, # 10866
    UNITED STATES ATTORNEY
    DISTRICT OF KANSAS
    barry.grissom@usdoj.gov

    By:

    s/ Tonya S. Andrews
    tonya.andrews@usdoj.gov
    Special Attorney
    1225 17th Street, Suite 700
    Denver, CO 80202
    Telephone: (303) 454-0210

    s/ Richard L. Hathway
    rich.hathaway@usdoj.gov

    s/ Christine E. Kenney
    christine.kenney@usdoj.gov
    Special Attorneys
    444 SE Quincy, Suite 290
    Topeka, KS 66683
    Telephone: (785) 295-2850

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ Tonya S. Andrews
Special Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0210