# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER, VIN #JTEES42A182076495,

    Defendants.

## JUDGMENT AS TO FINAL ORDER OF FORFEITURE

    Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, is hereby entered.

    In accordance with the ORDER AS TO 2008 TOYOTA HIGHLANDER [ECF NO. 63] entered by Judge Philip A. Brimmer on February 5, 2013, it is

    ORDERED that the Motion for Entry of Default Judgment and Request for Final Order of Forfeiture as to Defendant No. 2 [Docket No. 56] is GRANTED. It is further

    ORDERED that default judgment and forfeiture of the 2008 Toyota Highlander, VIN #JTEES42A182076495, including all right, title, and interest, is entered in favor of plaintiff United States of America.

    DATED at Denver, Colorado, this 7[h] day of February, 2013.

    FOR THE COURT:

    JEFFREY P. COLWELL, Clerk

    By: s/Edward P. Butler
        Edward P. Butler, Deputy Clerk