IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER, VIN # JTEES42A182076495,

    Defendants.

_____

**STATUS REPORT – MARCH 22, 2013**
_____

The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys, Tonya S. Andrews, and in compliance with Magistrate Judge Shaffer's November 19, 2012 Minute Order (Doc. 62), submits the following Status Report.[1]

    1.    On August 11, 2011, the United States filed a Verified Complaint for Forfeiture *In Rem* against the above defendants. (Doc. 1).

    2.    On September 21, 2011, Marie Dalton, a title owner of defendant 927 Cole Street, Golden, Colorado (defendant Cole Street), filed a claim as to defendant Cole Street. (Doc. 16).

---

[1] The United States notes that many other pleadings and events other than those articulated herein have occurred in this case. However, in an effort to be brief, the United States has only referenced those pleadings it believes are necessary to give the Court an accurate and useful status of the case.

1

3. On January 18, 2012, Richard Dalton signed a Consent to Forfeiture, waiving any rights to the defendant assets. (Doc. 39).

4. On March 12, 2012, the Court granted an Order Authorizing the Interlocutory Sale of defendant Cole Street. (Doc. 40). However, before the United States could sell defendant Cole Street, claimant George Magnani recorded a civil judgment against Marie Dalton on defendant Cole Street; thus, preventing the United States from being able to provide a clean title to any future buyer and, therefore, preventing any future sale of defendant Cole Street until Claimant Magnani's claim is resolved.[2]

5. On April 12, 2012, claimant George Magnani filed a claim as to defendant Cole Street. (Doc. 47).

6. On May 16, 2012, the United States moved to stay the proceedings in this matter in light of the related criminal case, *United States v. Richard Dalton, et al*, 11-cr-430-CMA. (Doc. 53). On May 21, 2012, the Court granted the motion to stay and stayed these proceedings for 180 days, that is until November 17, 2012. (Doc. 55).

7. On June 29, 2012, the United States filed a motion for default as to defendant 2008 Toyota Highlander. (Doc. 56). As outlined in that motion, because no third parties have filed a timely claim as to this defendant, an order of default may be entered.

---

[2] On November 20, 2012, the United States emailed counsel for Claimant Magnani, regarding their consent to interlocutory sale as the property is currently costing approximately $350.00 a month to maintain and sent a proposed motion and order. Counsel has not responded with a position. The United States will attempt to consult further with opposing counsel in light of the continuing rising costs to maintain custody and lack of occupancy of the defendant property.

8. On November 15, 2012, the United States filed an Unopposed Motion to Extend the Stay of the Proceedings. (Doc. 60).

9. On November 19, 2012, the Court granted the stay until the criminal case was resolved. (Doc. 62).

10. On February 5, 2013, the Court entered an Order for default judgment as to defendant 2008 Toyota Highlander. (Doc. 63). On February 7, 2013, the Clerk of the Court entered a Judgment as to Final Order of Forfeiture for defendant 2008 Toyota Highlander. (Doc. 64). Accordingly, defendant 927 Cole Street, Golden, Colorado is the only remaining asset pending in this case.

11. On February 21, 2013, in the related criminal case, defendant Richard Dalton and Marie Dalton, individually, entered into a plea agreement. Both of the defendants agreed to the forfeiture of defendant 927 Cole Street, Golden, Colorado and other assets in their respective plea agreements. However, the criminal forfeiture does not become final as to the defendants Richard and Marie Dalton until sentencing.

12. The sentencing hearings in the related criminal case are currently scheduled for May 15, 2013.

13. Accordingly, the United States intends to move to lift the stay shortly after the sentencing hearings in the related criminal case.

DATED this 22nd day of March, 2013.

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES
&
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
barry.grissom@usdoj.gov

By:

s/ Tonya S. Andrews
tonya.andrews@usdoj.gov
Special Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0210

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ Tonya S. Andrews
Special Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0210