IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER, VIN # JTEES42A182076495,

    Defendants.

_____

**STATUS REPORT – JULY 18, 2013**
_____

The United States of America, by and through Attorney General of the United States Eric Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorneys, Tonya S. Andrews, and in compliance with Magistrate Judge Shaffer's July 9, 2013 Minute Order (Doc. 68), submits the following Status Report.[1]

1.    On August 11, 2011, the United States filed a Verified Complaint for Forfeiture *In Rem* against the above defendants. (Doc. 1).

2.    On September 21, 2011, Marie Dalton, a title owner of defendant 927 Cole Street, Golden, Colorado (defendant Cole Street), filed a claim as to defendant Cole Street. (Doc. 16).

---

[1] The United States notes that many other pleadings and events other than those articulated herein have occurred in this case. However, in an effort to be brief, the United States has only referenced those pleadings it believes are necessary to give the Court an accurate and useful status of the case.

1

3. On January 18, 2012, Richard Dalton signed a Consent to Forfeiture, waiving any rights to the defendant assets. (Doc. 39).

4. On May 16, 2012, the United States moved to stay the proceedings in this matter in light of the related criminal case, *United States v. Richard Dalton, et al*, 11-cr-430-CMA. (Doc. 53). On May 21, 2012, the Court granted the motion to stay and stayed these proceedings for 180 days, that is until November 17, 2012. (Doc. 55).

5. On June 29, 2012, the United States filed a motion for default as to defendant 2008 Toyota Highlander. (Doc. 56). On February 5, 2013, the Court entered an Order for default judgment as to defendant 2008 Toyota Highlander. (Doc. 63). On February 7, 2013, the Clerk of the Court entered a Judgment as to Final Order of Forfeiture for defendant 2008 Toyota Highlander. (Doc. 64). Accordingly, defendant 927 Cole Street, Golden, Colorado is the only remaining asset pending in this case.

6. On November 15, 2012, the United States filed an Unopposed Motion to Extend the Stay of the Proceedings. (Doc. 60).

7. On November 19, 2012, the Court granted the stay until the criminal case was resolved. (Doc. 62).

8. In the related criminal case, defendant Richard Dalton and Marie Dalton, individually, entered into plea agreements. Both of the defendants agreed to the forfeiture of defendant 927 Cole Street, Golden, Colorado and other assets in their respective plea agreements.

9. In addition, on June 10, 2013, defendants Richard Dalton and Marie Dalton were sentenced. The only remaining sentencing related issue pending is the

restitution portion of the sentence which will occur at the restitution hearing on September 24, 2013.

    10. Nonetheless, because defendants Richard Dalton's and Marie Dalton's interest in the 927 Cole Street, Golden, Colorado has been forfeited in the criminal case, the Government will file a motion to lift the stay by July 31, 2013.

    DATED this 18th day of July, 2013.

    Respectfully submitted,

    ERIC H. HOLDER, JR.
    ATTORNEY GENERAL OF THE UNITED STATES
      &  
    BARRY R. GRISSOM, # 10866
    UNITED STATES ATTORNEY
    DISTRICT OF KANSAS
    barry.grissom@usdoj.gov

    By:

    s/ Tonya S. Andrews
    tonya.andrews@usdoj.gov
    Special Attorney
    1225 17th Street, Suite 700
    Denver, CO 80202
    Telephone: (303) 454-0210