IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER,

        Defendants.

## UNITED STATES' UNOPPOSED MOTION TO LIFT STAY

COMES NOW the United States of America, by and through Attorney General of the United States Eric H. Holder, Barry R. Grissom, United States Attorney for the District of Kansas, through Special Attorney, Tonya S. Andrews, moves this Court to lift the stay in this case. As grounds therefor, the Plaintiff states that:

1. On May 21, 2013, the United States' Unopposed Motion to Stay Proceedings was granted, thereby staying this case until November 17, 2012. (Doc. 55).

2. On November 19, 2012, the United States' Unopposed Motion to Extend the Stay of the Proceedings was granted, thereby further staying the proceedings until the criminal case was resolved. (Doc 62).

1

3.     On February 7, 2013, the Clerk of the Court entered Judgment as to Final Order of Forfeiture for defendant 2008 Toyota Highlander, thus defendant 927 Cole Street is the only remaining asset in this case.

4.     In the related criminal case, defendant Richard Dalton and Marie Dalton individually, entered in plea agreements, and on June 10, 2013, defendant Richard Dalton and Marie Dalton were sentenced; thus, the civil forfeiture action no longer needs to be stayed.

5.     Pursuant to D.C.COLO.LCivR. 7.1A, undersigned counsel represents that they conferred with Nicole M. Quintana, counsel for Claimant George Magnani regarding the instant motion.  Counsel for the Claimant indicated Claimant did not object to lifting the stay.

WHEREFORE, the United States having shown good cause requests an order lifting the stay in the above styled and numbered case.

DATED this 26th day of July, 2013.

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES
   &
BARRY R. GRISSOM, # 10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
barry.grissom@usdoj.gov

By:s/ Tonya S. Andrews
tonya.andrews@usdoj.gov
Special Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0210

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ Tonya S. Andrews<br>
Special Attorney