IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and
2008 TOYOTA HIGHLANDER,

    Defendants.

## ORDER LIFTING STAY

This matter having come before the Court on the United States' Unopposed Motion to Lift Stay, and the Court being fully apprised, it is hereby ORDERED that the stay granted in this case is hereby lifted.

SO ORDERED this _____ day of _____, 2013.

                              BY THE COURT:

                              _____
                              PHILLIP A. BRIMMER
                              United States District Court Judge