IN THE UNITED STATES DISTRICT COURT
F0R THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO and
2008 TOYOTA HIGHLANDER, VIN#JTEE42A182076495

    Defendants.

_____

**CONSENT TO FORFEITURE**
_____

    Ms. Marie Dalton, through her undersigned counsel, hereby advises this Court that, consistent with her obligations under Section VI(K) of her 21 February 2013 Plea Agreement in 11-cr-00430-CMA, consents, without any reservations whatsoever, to the forfeiture to the United States of all right, title and interest in the above-referenced properties identified as Defendants in this matter.  Ms. Dalton accordingly requests that her involvement in this case be terminated.

    Dated this 27th day of October, 2013.

                                                Respectfully submitted,

                                                s/Thomas E. Goodreid
                                                Thomas E. Goodreid
                                                1801 Broadway, Suite 1100
                                                Denver, CO  80202
                                                (303) 296-2048x136
                                                *t.goodreid@comcast.net*
                                                Counsel for Defendant Marie Dalton

## **CERTIFICATE OF SERVICE**

  I certify that, on this 27th day of September, 2013, I electronically filed the foregoing **CONSENT TO FORFEITURE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

  I further certify that, on this 27th day of September, 2013, I mailed, via the U.S. Postal Service (first class postage, prepaid) a true and correct copy of the foregoing **CONSENT TO FORFEITURE** to Marie Dalton at the federal penal institution where she currently is housed.

          s/Thomas E. Goodreid
          Thomas E. Goodreid
          1801 Broadway, Suite 1100
          Denver, CO  80202
          (303) 296-2048x136
          *t.goodreid@comcast.net*