IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   11-cv-02106-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             September 27, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                            *Counsel:*

USA,                                                                                  Tonya S. Andrews

      Plaintiff,

      v.

927 COLE STREET, GOLDEN, COLORADO,          Thomas E. Goodreid
and 2008 TOYOTA HIGHLANDER VIN                      Nicole M. Quintana
#JTEES42A182076495,

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:        10:50 a.m.**
Court calls case. Appearances of counsel.

Discussion between the court and counsel for Claimant Marie Dalton regarding the Notice of Consent to Forfeiture filed in the case. In light of Claimant's consent, counsel is excused.

The court addresses counsel for the Government and remaining Claimant regarding moving the case forward. Counsel state the parties have agreed no discovery is needed and the Government is ready to file a dispositive motion within 4 weeks.

**ORDERED:**            Government counsel shall file their dispositive pleading **no later than October 28, 2013.**

The court notes a standard briefing schedule will apply.

HEARING CONCLUDED.
**Court in recess:         10:52 a.m.**
Total time in court:    00:02

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.