```
R $16.00
D $0.00
2010103094            LP
11/17/2010  11:13:12 AM  2 Page(s)
Jefferson County, Colorado
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02794-JLK-KLM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RICHARD DALTON, and
UNIVERSAL CONSULTING RESOURCES LLC,

    Defendants,

and

MARIE DALTON,

    Relief Defendant.

---

### NOTICE OF LIS PENDENS

---

Notice is given that the above-entitled action was filed in the above-entitled court on November 16, 2010 by the United States Securities and Exchange Commission, plaintiff, against defendants Richard Dalton and Universal Consulting Resources, LLC and relief defendant Marie Dalton. The action affects title to specific real property and the right to possession of real property described in the complaint as "the Cole Street Property" [Docket No. 1].

The real property affected by this action is located at 927 Cole Street, Golden, CO 80401 in Jefferson County, Colorado, and is more particularly described as follows:

PARCEL B, EXEMPTION SURVEY SECTION 6, TOWNSHIP 4 SOUTH, RANGE 69 WEST, E18-3-93 ACCORDING TO THE EXEMPTION SURVEY RECORDED JUNE 4, 1993 AT RECEPTION NO. 93079644 IN BOOK 11 AT PAGE 26, COUNTY OF JEFFERSON, STATE OF COLORADO (legal description).

Dated this 16 day of November, 2010.

1

GOVERNMENT EXHIBIT 2

*[signature]*
Barbara T. Wells
Dugan Bliss
James A. Scoggins
John H. Mulhern
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
(303) 844-1000

## ACKNOWLEDGMENT

Subscribed and sworn to before me this 16th day of November, 2010.

*Veronica Gonzales*   Veronica Gonzales
[Signature, printed name, and title   Paralegal Specialist
of notary public]

[Seal] *[Notary Seal: Veronica Gonzales, Notary Public, State of Colorado]*

My Commission Expires 02/18/2013