

H

UNIVERSAL CONSULTING RESOURCES, LLC

Page 5 of 7
Statement Period
05/01/09 through 05/31/09
E0   P PA   0 A 47         0020983
Enclosures 0
Account Number ▓▓▓ 4794

## Withdrawals and Debits - Continued

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 05/07 | 200,000.00 | Wire Type:Wire Out Date:090507 Time:1307 Et Trn:2009050700168479 Service Ref:005063 Bnf:Arcanum Equity Fund Llc ID:2000041158294 Bnf Bk:Wachovia Bank NA Of Flo ID:063000021 | 903705070168479 |
| 05/07 | 25.00 | Wire Transfer Fee | 903705070116635 |
| 05/07 | 15.00 | Wire Transfer Fee | 903705070062316 |
| 05/07 | 10.00 | Online Business Suite Direct Pmt Services | 943205070112538 |
| 05/07 | 5.00 | Wire Transfer Fee | 903705070062317 |
| 05/07 | 5.00 | Wire Transfer Fee | 903705070116636 |
| 05/15 | 5.00 | Wire Transfer Fee | 903705150041562 |
| 05/22 | 25,000.00 | Wire Type:Wire Out Date:090522 Time:1507 Et Trn:2009052200225647 Service Ref:009141 Bnf:Richard Dalton ID:0221223761 Bnf Bk:Wells Farg O Bank, NA ID:121000248 | 903705220225647 |
| 05/22 | 25.00 | Wire Transfer Fee | 903705220137124 |
| 05/22 | 5.00 | Wire Transfer Fee | 903705220016417 |
| 05/22 | 5.00 | Wire Transfer Fee | 903705220035256 |
| 05/22 | 5.00 | Wire Transfer Fee | 903705220058981 |
| 05/22 | 5.00 | Wire Transfer Fee | 903705220137125 |
| 05/26 | 5.00 | Wire Transfer Fee | 903705260028165 |
| 05/27 | 300,000.00 | Wire Type:Intl Out Date:090527 Time:1605 Et Trn:2009052700270749 Service Ref:452968 Bnf:Usina Canavieira Rr Brasil ID:560602-0 Bnf Bk: Banco Bradesco S.A. ID:Bbdebrspmns Pmt Det:For Pur Chase Of Diamond Manifest Bank 237 | 903705270270749 |
| 05/27 | 45.00 | Wire Transfer Fee | 903705270145060 |
| 05/27 | 5.00 | Wire Transfer Fee | 903705270145061 |
| 05/28 | 350,000.00 | Wire Type:Intl Out Date:090528 Time:0937 Et Trn:2009052700291712 Service Ref:465906 Bnf:Usina Canavieira Rr Brasil ID:560602-0 Bnf Bk: Banco Bradesco S.A. ID:Bbdebrspmns Pmt Det:Ref Pur Chase Diamond Manifest | 903705270291712 |
| 05/28 | 300,000.00 | Wire Type:Intl Out Date:090528 Time:1052 Et Trn:2009052800130261 Service Ref:666186 Bnf:Usina Canavieira Rr Brasil ID:560602-0 Bnf Bk: Banco Bradesco S.A. Pmt Det:Ref Diamond Manifest | 903705280130261 |
| 05/28 | 250,000.00 | Wire Type:Intl Out Date:090528 Time:1148 Et Trn:2009052800151927 Service Ref:468184 Bnf:Usina Canavieira Rr Brasil ID:560602-0 Bnf Bk: Banco Bradesco S.A. ID:Bbdebrspmns Pmt Det:Ref Pur Chase Of Diamond Manifest | 903705280151927 |
| 05/28 | 45.00 | Wire Transfer Fee | 903705280157477 |
| 05/28 | 45.00 | Wire Transfer Fee | 903705280157458 |
| 05/28 | 45.00 | Wire Transfer Fee | 903705280157465 |
| 05/28 | 5.00 | Wire Transfer Fee | 903705280157466 |
| 05/28 | 5.00 | Wire Transfer Fee | 903705280157459 |
| 05/28 | 5.00 | Wire Transfer Fee | 903705280157478 |
| 05/28 | 5.00 | Wire Transfer Fee | 903705280060928 |
| 05/28 | 5.00 | Wire Transfer Fee | 903705280022776 |
| 05/28 | 5.00 | Wire Transfer Fee | 903705280009329 |
| 05/29 | 5.00 | Wire Transfer Fee | 903705290050407 |
| 05/29 | 5.00 | Wire Transfer Fee | 903705290068391 |
| 05/29 | 5.00 | Wire Transfer Fee | 903705290068596 |



GOVERNMENT EXHIBIT 3
CARDELS 800-783-0399

BOA-UCR0000401