

6/3

GOVERNMENT EXHIBIT 4

GTA00099