Close this browser window when finished viewing the report.

 Comerica

## Report Filter

| | |
|---|---|
| Account List | : All Accounts |
| Day Type | : IntraDay |
| Report Type | : Combined |
| From Date | : 07/02/2009 |
| To Date | : 07/02/2009 |
| Transaction Type | : all |

Account          8727 Guardian Title Boulder
(Reported in United States Dollar - USD)

Balance Report Summary

### CREDITS

```
Incoming Money Transfer                                    910,298.08
  REF1 : 090702000340
  REF2 : 005185
  Immediate Funds
  Sending Bank: 021000089  CITIBANK N.A. - Sending Bank Reference:
  S0691810792F01 - Receiving Bank: 072000096  COMERICA BK - Beneficiary:
  ACCT-          GUARDIAN TITLE AGENCY, LLC, GOLDEN COLORADO - Originator:
  ACCT-****************9237, ARCANUM COMMODITIES GROUP INC.,
  PATTON, MORENO + ASVAT(BVI)LTD, PALM CHAMBERS,197 MAIN STREET,
  ROAD TOWN, TORTOLA VIRGIN ISLA - Originator's Bank: BIC-LILACHZZ -
  Instructing Bank: BIC-LILALI2XXXX, LIECHTENSTEINISCHE LANDESBANK,
  AKTIENGESELLSCHAFT ABT BVB, POSTFACH 384 FL 9490 VADUZ, LIECHTENSTEIN -
  Originator to Beneficiary Info: REFERENCE    927 COLE STREET,,
  GOLDEN, CO 80401  MARIE DALTON LESS,   CHARGES - Amount: $910,298.08 -
  Acceptance Timestamp: 07/02/2009 00:50 - OMAD Fields:
  20090702G1QG990C00011507020050FT01 - IMAD: 20090702B1Q8021C005185 - Charges:
  B - Instructed Amount: USD910356,44
Incoming Money Transfer                                    917,581.84
  REF1 : 090702007646
  REF2 : 002960
  Immediate Funds
  Sending Bank: 026007993  UBS AG NYC - Sending Bank Reference:
  9930183KT0079068 - Receiving Bank: 121137522  COMERICA BANK - Beneficiary:
  CHIPS ID-200111, SAME DAY RETURN OF FUNDS - Reference for Beneficiary:
  18301758 - Originator: ACCT-******8727, GUARDIAN TITLE AGENCY LLC,
  1355 S COLORADO BLVD C-306, DENVER,CO 80222 - Receiving Bank Info:
  RETURN OF YOUR IMAD 001576 DD, 090702 LESS CHARGES $25.00 REASON,
  UTA THE BNF - Amount: $917,581.84 - Acceptance Timestamp: 07/02/2009 15:12
  - OMAD Fields: 20090702L1LF994C00175707021512FT01 - IMAD:
  20090702B6B7IK1C002960 - Charges: SUSD25,
```



GOVERNMENT EXHIBIT 5

GTA00119