

**ARCANUM**
13116 Harriers Place . Bradenton, FL 34212
941.527.1417   Fax 941.761.5805

**Universal Consulting Resources, LLC**
3250 Benton St. Apt 107
Wheat Ridge, CO 80212

STATEMENT OF ACCOUNT # ▓▓▓                                  July 31, 2009

| | | |
|---|---|---:|
| Beginning Balance: | $ | 1,540,251.52 |
| Additions to Capital | $ | - |
| Withdrawals | $ | - |
| Avg. Investment Balance | $ | 629,895.08 |
| Allocated Profit: | $ | 2,477.74 |
| Ending Balance | $ | 632,372.82 |
| Monthly Return | | 0.39% |

## Account Summary

| Date | Description | Credits | Withdrawals | Account Total |
|---|---|---:|---:|---:|
| | | | | 0 |
| 31-May | Profit Allocation | $ 57,199.55 | | $ 1,057,199.55 |
| 30-Jun | Profit Allocation | $ 65,652.09 | | $ 1,122,851.64 |
| 31-Jul | Profit Allocation | $ 73,097.64 | | $ 1,195,949.29 |
| 31-Aug | Profit Allocation | $ 78,334.68 | | $ 1,274,283.97 |
| 30-Sep | Profit Allocation | $ 1,911.43 | | $ 1,276,195.40 |
| 31-Oct | Profit Allocation | $ 3,228.77 | | $ 1,279,424.17 |
| 29-Nov | Profit Allocation | $ 30,322.35 | | $ 1,309,746.52 |
| 30-Dec | Profit Allocation | $ 23,248.00 | | $ 1,332,994.52 |
| 31-Jan | Profit Allocation | $ 24,767.04 | | $ 1,357,761.56 |
| 28-Feb | Profit Allocation | $ 5,094.32 | | $ 1,362,855.88 |
| 31-Mar | Profit Allocation | $ 14,718.84 | | $ 1,377,574.72 |
| 30-Apr | Profit Allocation | $ 17,219.68 | | $ 1,394,794.41 |
| 30-May | Profit Allocation | $ 70,716.08 | | $ 1,465,510.48 |
| 30-Jun | Profit Allocation | $ 74,741.03 | | $ 1,540,251.52 |
| 30-Jul | Partial Redemption | | $ 910,356.44 | $ 629,895.08 |
| 31-Jul | Profit Allocation | $ 2,477.74 | | $ 632,372.82 |

GOVERNMENT EXHIBIT 6
CARDELS 800-783-0399