H

UNIVERSAL CONSULTING RESOURCES, LLC

Page 4 of 6
Statement Period
04/01/08 through 04/30/08
E0  P PA  0A 47
Enclosures 0
Account Number �█�█�█�█�

## Withdrawals and Debits - Continued

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 04/02 | 5.00 | Wire Transfer Fee | 903704020065731 |
| 04/11 | 5,000.00 | Wire Type:Wire Out Date:080411 Time:1520 Et Trn:2008041100223138 Service Ref:003563 Bnf:Citizens State Bank ID:90673 Bnf Bk:Arkansas B Ankers' Bank ID:082001700 Pmt Det:Ffc Darin Mark H Earyman Acct#�█�█�█�conf | 903704110223138 |
| 04/11 | 25.00 | Wire Transfer Fee | 903704110123397 |
| 04/11 | 5.00 | Wire Transfer Fee | 903704110123398 |
| 04/18 | 7,000.00 | Wire Type:Book Out Date:080418 Time:1127 Et Trn:2008041800137926 Bnf:American Century Holdings, ID:439001320790 | 903704180137926 |
| 04/18 | 25.00 | Wire Transfer Fee | 903704180118754 |
| 04/18 | 12.00 | Wire Transfer Fee | 903704180076865 |
| 04/18 | 5.00 | Wire Transfer Fee | 903704180076866 |
| 04/18 | 5.00 | Wire Transfer Fee | 903704180118755 |
| 04/21 | 12.00 | Wire Transfer Fee | 903704210070969 |
| 04/21 | 5.00 | Wire Transfer Fee | 903704210070970 |
| 04/22 | 500,000.00 | Wire Type:Intl Out Date:080422 Time:1540 Et Trn:2008042200206423 Service Ref:319982 Bnf:Arcanum Equity Fund Llc ID:2514446-05-5 Bnf Bk:Deutsche Bank Ag ID:061968/Ac0441122 | 903704220206423 |
| 04/22 | 45.00 | Wire Transfer Fee | 903704220104020 |
| 04/22 | 10.00 | Wire Transfer Fee | 903704220082240 |
| 04/22 | 5.00 | Wire Transfer Fee | 903704220104021 |
| 04/22 | 5.00 | Wire Transfer Fee | 903704220082241 |
| 04/23 | 500,000.00 | Wire Type:Intl Out Date:080423 Time:1500 Et Trn:2008042300196768 Service Ref:313734 Bnf:Arcanum Equity Fund Llc ID:2514446-05-5 Bnf Bk:Deutsche Bank Ag ID:061968/(Bcdeutsg | 903704230196768 |
| 04/23 | 45.00 | Wire Transfer Fee | 903704230107367 |
| 04/23 | 5.00 | Wire Transfer Fee | 903704230107368 |
| 04/25 | 200,000.00 | Wire Type:Intl Out Date:080425 Time:1232 Et Trn:2008042500166012 Service Ref:002303 Bnf:Arcanum Equity Fund Llc ID:2514446-05-5 Bnf Bk:Deutsche Bank ID:04411229 Pmt Det:Funds For Surety Resources | 903704250166012 |
| 04/25 | 45.00 | Wire Transfer Fee | 903704250124798 |
| 04/25 | 5.00 | Wire Transfer Fee | 903704250124799 |
| 04/28 | 12.00 | Wire Transfer Fee | 903704280049287 |
| 04/28 | 5.00 | Wire Transfer Fee | 903704280049288 |
| 04/29 | 500,000.00 | Funds Transfer Debit Fdes Nfl 0006121 Nbk556G | 945004291210372 |
| 04/29 | 100.00 | Funds Transfer Debit Fdes Nfl 0006121 Nbk68Wb | 945004291210374 |
| 04/30 | 5.00 | Wire Transfer Fee | 903704300011597 |



GOVERNMENT EXHIBIT

7

CARDELS 800-763-0099

BOA-UCR0000312