

# Deutsche Bank

Robinson Road P.O. Box 3941
Singapore 905941

GST Registration number: MR-8500426-8

FUNDS TRANSFER CREDIT ADVICE       23-APR-2008

```
OUR REF NUMBER : 45RS200804230053
SENDERS REF    :                    BENEF. REF : 2008042200206423

WE HAVE RECEIVED FUNDS         AS DETAILED BELOW -

CURRENCY    : USD        AMOUNT :           500,000.00
VALUE DATE  : 23-APR-2008
                         EX. RATE :    1.0000000000
                         INV RATE :    1.0000000000


ORIGINATOR :                       ORIGINATING BANK:
  UNIVERSAL CONSULTING RESOURCES, LLC   BANK OF AMERICA, N.A.
  3250 BENTON ST APT 107                NEW YORK
  WHEAT RIDGE, CO        80212-7065     100,33 RD STREET WEST
                                        10001, NEW YORK

DETAILS OF PAYMENT :




CHARGES :              .000
    HANDLING FEE                     SGD
    HANDLING FEE                     SGD
    COMM IN LIEU                     SGD
    COMMUNICATION EXPENSE            SGD




ACCOUNTING DETAILS :
    CR. ACCOUNT : ████████    AMOUNT : USD        500,000.00  CR
```

ARCANUM EQUITY FUND LLC

13116 HARRIERS PLACE
BRADENTON, FL 34212
USA NEVADA
UNITED STATES OF AMERICA

Confirmations are generated electronically signed by the bank

**GOVERNMENT EXHIBIT 8**

NSOWERS 002328