# Deutsche Bank

Robinson Road P.O. Box 3941
Singapore 905941

GST Registration number: MR-8500426-8

FUNDS TRANSFER CREDIT ADVICE                24-APR-2008

OUR REF NUMBER : 45RS200804240080
SENDERS REF    :                    BENEF. REF : S313734ICP042308

WE HAVE RECEIVED FUNDS        AS DETAILED BELOW -

CURRENCY    : USD       AMOUNT :           500,000.00
VALUE DATE  : 24-APR-2008
                        EX. RATE :   1.0000000000
                        INV RATE :   1.0000000000

ORIGINATOR :                    ORIGINATING BANK:
  UNIVERSAL CONSULTING RESOURCES, LLC    BANK OF AMERICA/NMX
  3250 BENTON ST APT 107
  WHEAT RIDGE, CO         80212-7065

DETAILS OF PAYMENT :


CHARGES :              .000
  HANDLING FEE                      SGD
  HANDLING FEE                      SGD
  COMM IN LIEU                      SGD
  COMMUNICATION EXPENSE             SGD


ACCOUNTING DETAILS :
  CR. ACCOUNT :  ▓▓▓▓▓▓▓    AMOUNT : USD       500,000.00 CR


ARCANUM EQUITY FUND LLC

13116 HARRIERS PLACE
BRADENTON, FL 34212
USA NEVADA
UNITED STATES OF AMERICA

Confirmations are generated [GOVERNMENT EXHIBIT 9] thus not signed by the bank

NSOWERS 002327