```
2009095532    09/24/2009 03:29:32 PM
PGS   1    $6.00    DF $93.60
Electronically Recorded Jefferson County CO
Pam Anderson, Clerk and Recorder    TD1000 Y
```

# WARRANTY DEED

RECORDER'S STAMP

THIS DEED, made this 30th day of June, 2009, between

DANA D. GUENTHNER AND MADONNA B. GUENTHNER

of the County of JEFFERSON, State of Colorado, grantor(s), and

MARIE DALTON

whose legal address is 927 COLE STREET, Golden, CO  80401

of the County of JEFFERSON, State of Colorado,

grantees:

State Doc Fee $93.60

WITNESS, that the grantor(s), for and in consideration of the sum of Nine Hundred Thirty-Six Thousand and 00/100, ($936,000.00), the receipt and sufficiency of which is hereby acknowledged, have/has granted, bargained, sold and conveyed, and by these presents do(es) grant, bargain, sell, convey and confirm unto the grantees, their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in County of JEFFERSON and State of Colorado, described as follows:

PARCEL B, EXEMPTION SURVEY SECTION 6, TOWNSHIP 4 SOUTH, RANGE 69 WEST, E18-3-93 ACCORDING TO THE EXEMPTION SURVEY RECORDED JUNE 4, 1993 AT RECEPTION NO. 93079644 IN BOOK 113 AT PAGE 26, COUNTY OF JEFFERSON, STATE OF COLORADO.

also known by street and number as 927 COLE STREET, GOLDEN, CO  80401,

TOGETHER with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in, and to the above bargained premises, with the hereditaments and appurtenances,

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantees, their heirs and assigns forever. And the grantor(s), for him/herself, its/their heirs and personal representatives do(es) covenant, grant, bargain and agree to and with the grantees, their heirs and assigns, that at the time of the ensealing and delivery of these presents are well seized of the premises above conveyed, have/had good, sure, perfect absolute and indefeasible estate of inheritance, in law, in fee simple, and have/had good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, EXCEPT FOR TAXES FOR THE CURRENT YEAR AND SUBSEQUENT YEARS, EASEMENTS, RESERVATIONS, RESTRICTIONS, COVENANTS AND RIGHTS-OF-WAY OF RECORD IF ANY; AND DISTRIBUTION UTILITY EASEMENTS; AND MATTERS NOT SHOWN BY THE PUBLIC RECORDS BUT OF WHICH GRANTEE HAS ACTUAL KNOWLEDGE; AND INCLUSION OF THE PROPERTY WITHIN ANY SPECIAL TAXING DISTRICT; AND BENEFITS AND BURDENS OF ANY DECLARATION AND PARTY WALL AGREEMENTS, IF ANY AND SUBJECT TO THOSE EXCEPTIONS REFERRED TO IN TITLE INSURANCE COMMITMENT NO. 6209-87934 ISSUED BY GUARDIAN TITLE AGENCY, LLC.

The grantor(s) shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantees, their heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof.

IN WITNESS WHEREOF the grantor(s) have/had executed this deed on the date set forth above.

_[signature]_
DANA D. GUENTHNER, BY MADONNA B. GUENTHNER AS HIS ATTORNEY IN FACT

_[signature]_
MADONNA B. GUENTHNER

STATE OF COLORADO
COUNTY OF JEFFERSON  } ss.

The foregoing instrument was acknowledged before me this 30th day of June, 2009, by MADONNA B. GUENTHNER INDIVIDUALLY AND AS ATTORNEY IN FACT FOR DANA D. GUENTHNER and MADONNA B. GUENTHNER.

My commission expires: 11/02 , 2010. Witness my hand and official seal.

My Commission Expires 11/02/2010

_[signature]_ Notary Public

Name and Address of person Creating Newly Created Legal Description (§ 38-35-105, C.R.S.)

Guardian Title #6209-87934

Warranty Deed - Photo


GOVERNMENT EXHIBIT 10