

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Dennis Hall*

**Dennis J. Hall**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Nov 18 2011 8:43AM MST
Filing ID: 40959650
Review Clerk: Roxanna M C

DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO
Court Address:   100 Jefferson County Parkway
                 Golden, Colorado 80401
Phone Number:   (303) 271-6145

**Plaintiff:**
GEORGE MAGNANI

v.

**Defendant:**
MARIE DALTON

▲ COURT USE ONLY ▲

Case No.: 2011CV2134

Div:          Ctrm:

### ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT MARIE DALTON

The District Court, having examined the file of the above captioned case and the documents contained therein, finds that Marie Dalton was served with Plaintiff's Complaint on September 20, 2011 via substituted service, more than 20 days have expired from the date of service, and no responsive pleadings have been filed.

Therefore, the Court orders as follows:

1. Judgment is hereby entered in favor of Plaintiff George Magnani.

2. Default judgment is hereby granted against Defendant Marie Dalton.

3. Venue has been considered and is proper.

4. Plaintiff George Magnani is entitled to the full amount of $540,000.00, which represents his principal investment of $100,000.00 plus twenty-percent monthly interest from December 12, 2009 to December 12, 2010 on that investment pursuant to the terms of the Agreement entered into between the parties.

5. Pursuant to C.R.S. § 18-4-405, Paintiff is entitled to treble damages on all actual damages in the amount of $1,620,000.00.

6. In light of the facts presented in this case, the Court finds that Marie Dalton was improperly transferred, has improperly exercised control over, and did convert at least $910,356.44 from Richard Dalton/Universal Consulting Resources, Inc., which represents investor funds that should have been issued to Plaintiff.



GOVERNMENT EXHIBIT 13

7. Therefore, Plaintiff is entitled to and awarded $910,356.44 from Defendant.

8. Plaintiff George Magnani is also entitled to attorneys' fees and costs that have accrued up to the date of the entry of this judgment, in support of which Plaintiff's counsel shall provide a verified statement within fifteen (15) days of the entry of this order.

9. Finally, Plaintiff will be entitled to post-judgment interest on this award in the amount of eight-percent per annum.

10. In total, Plaintiff George Magnani is awarded $910,356.44 in damages, plus attorneys fees and costs to be assessed hereafter, plus post-judgment interest from the date of default judgment at the rate of eight-percent per annum.

Dated this _____ Day of _____, 2011.

BY THE COURT:

_____
District Court Judge