

R $16.00
D $0.00
2011108631   LP
12/01/2011   10:35:07 AM   2 Page(s)
Jefferson County, Colorado

INDEX AS UNITED STATES OF AMERICA GRANTOR AND MARIE DALTON AS GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, and

2008 TOYOTA HIGHLANDER VIN # JTEES42A182076495;

    Defendants.

### NOTICE OF LIS PENDENS

NAME OF RECORD TITLE OWNER: Marie Dalton

Notice is hereby given of the pendency of a civil action brought by the plaintiff against the below described real property by a verified complaint of forfeiture filed with the Clerk of the United States District Court for the District of Colorado, which action was brought for the forfeiture of the defendant real property pursuant to 18 U.S.C. § 981.

The property which is the subject of this action is located at 927 Cole Street, Golden, Colorado, more particularly described as:

> Parcel B, Exemption Survey Section 6, Township 4 South, Range 69 West, E18-3-93 according to the Exemption Survey Recorded June 4, 1993 at Reception No. 93079644 in Book 113 at Page 26, County of Jefferson, State of Colorado.

1


GOVERNMENT EXHIBIT 14

For further information concerning the action for forfeiture, reference may be made to the records of the Clerk of the Court for the United States District Court, District of Colorado, 901 19th Street, Denver, Colorado 80294.

DATED this ____ day of November, 2011.

        Respectfully submitted,

        ERIC HOLDER
        Attorney General of the United States

        BARRY R. GRISSOM
        United States Attorney

        /s/ _____
        RICHARD L. HATHAWAY #07767
        Special Attorney
        444 S.E. Quincy, Suite 290
        Topeka, KS 66683-3592
        Tel: 785-295-2850
        Fax: 785-295-2853
        rich.hathaway@usdoj.gov

        /s/ _____
        CHRISTINE E. KENNEY #13542
        Special Attorney
        christine.kenney@usdoj.gov