```
R  $11.00
D  $0.00
2011112355                           JUD           DEC 0 5 2011
12/12/2011  11:44:15 AM  1 Page(s)
Jefferson County, Colorado
```

COMBINED COURT, JEFFERSON COUNTY, COLORADO
Court Address:
100 Jefferson County Parkway

Golden, CO 80401-6002

Case Number: 11CV-002134
Div.: 5

Plaintiff    MAGNANI, GEORGE

Defendant    DALTON, MARIE

TRANSCRIPT OF JUDGMENT

Original Judgment Amount:    $910,356.44    Judgment Date: November 18, 2011
Revived Judgment Amount:     $ 00           Judgment Date:
Judgment Status    UNSATISFIED

Additional Remarks
JUDGMENT PLUS ATTY'S FEES & COSTS TO BE ASSESSED HEREAFTER, PLUS
POST-JUDGMENT INTEREST FROM THE DATE OF DEFAULT JUDGMENT AT THE RATE OF 8% PER
ANNUM

Debtor(s):    MARIE DALTON, 927 COLE STREET, GOLDEN, CO 80401

Creditor(s): GEORGE   MAGNANI

Balance of Judgment to Date          $910,356.44

I hereby certify that the above is a true and complete transcript of the
judgment in the above-referenced case which is retained in my office

Amber Roth
Clerk of Court
COMBINED COURT, JEFFERSON COUNTY

DATE: December 01, 2011    BY _____
                              Deputy Clerk

GOVERNMENT
EXHIBIT
15