# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, et. al.

        Defendants.

_____

## CLAIMANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT
_____

George Magnani ("Magnani" or "Claimant"), by and through his counsel Ogborn Mihm, LLP, submits the following Unopposed Motion for Extension of Time in which to File Response to Motion for Summary Judgment (Docket No. 78):

**D.C.COLO.LCivR 7.1(A) Certification:** Counsel for Claimant conferred with Special Attorney for the United States, who does not oppose the relief sought herein.

1.    The United States filed its Motion for Summary Judgment on October 24, 2013. Claimant's response to that Motion is due November 14, 2013.

2.    Counsel for Claimant has diligently been preparing a Response to the Motion for Summary Judgment; however, a family illness has kept undersigned counsel out of the office for multiple days during the last week.

3. As such, counsel for Claimant seeks a very brief extension of time (2 business days) in which to complete and file the Response to Motion for Summary Judgment, up to and including Monday, November 18, 2013.

4. Claimant has not sought any prior Motions for Extension of Time.

5. No party will be prejudiced by the granting of this Motion for Extension of Time, nor will it significantly delay the proceedings.

6. Pursuant to D.C.Colo.LCivR 6.1(D), a copy of this Motion has been served upon the moving attorney's client and all counsel of record.

WHEREFORE, Claimant George Magnani respectfully requests this Court grant the Motion and permit a brief extension of time, up to and including Monday, November 18, 2013, in which to file a Response to the Motion for Summary Judgment.

Respectfully submitted this 14th day of November, 2013.

OGBORN MIHM, LLP

*/s/ Nicole M. Quintana*

Murray Ogborn, Atty. Reg. No. 14508
Nicole M. Quintana, Atty. Reg. No. 42675
1700 Broadway, Suite 1900
Denver, Colorado 80290
Phone: (303) 592-5900
Facsimile: (303) 592-5910
*Attorneys for Claimant George Magnani*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a correct copy of the foregoing was served on the following via CM/ECF and/or regular, U.S. mail, postage prepaid on this 14th day of November, 2013.

Tonya Andrews
Special Attorneys for the U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
tonya.andrews@usdoj.gov

*/s/ Audra Albright*

_____
Audra Albright