# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO, et. al.

        Defendants.

_____

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**
_____

THIS MATTER, having come before the Court on *Claimant's Unopposed Motion for Extension of Time in which to Respond to Motion for Summary Judgment*, and being fully advised in the premises,

IT IS HEREBY ORDERED that *Claimant's Unopposed Motion for Extension of Time in which to Respond to Motion for Summary Judgment* is **GRANTED.**  Claimant is allowed up to and including Monday, November 18, 2013, in which to file a Response to the Motion for Summary Judgment (Docket No. 78).

DATED:_____

                                                BY THE COURT:

                                                _____
                                                District Court Judge