```
                                                    F I L E D
                                              UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SEP 2 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

927 COLE STREET, GOLDERN, COLORADO, et. al.

        Defendants.

---

### VERIFIED CLAIM OF MARIE DALTON
### SUBMITTED PURSUANT TO 18 U.S.C. §983

---

      NOW COMES Marie Dalton, pro se, and files this verified claim to the property located at 927 Cole Street, Golden, Colorado.
In support thereof states as follows:

      1.    THAT on August 11, 2011 the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 18 U.S.C. § 981 for the forfeiture of her properties.

      2.    THAT she is an interested party and must be provided with an opportunity to be heard in opposition to the civil Complaint and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure.

      3.    THAT she is the legal title owner to the real property located at 927 Cole Street, Golden Colorado.

      4.    THAT she makes this claim for the return of the property under oath subject to prosecution for any false statement made in this verified claim.

      Respectfully submitted this 18th day of September, 2011,


EXHIBIT E

MARIE DALTON

*Marie Dalton*

927 Cole Street
Golden, CO
Phone: 720-352-3747
mdalton777@comcast.net

I hereby certify that the **VERIFIED CLAIM OF MARIE DALTON SUBMITTED PURSUANT TO 18 U.S.C. §983** was served via US mail on the following:

RICHARD L. HATHAWAY
Special Attorney
rich.hathaway@usdoj.gov

CHRISTINE E. KENNEY
Special Attorney
christine.kenney@usdoj.gov

*Marie Dalton*
Marie Dalton

2