IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02106-PAB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DEFENDANT NO 1: ONE PARCEL PROPERTY LOCATED AT
927 COLE STREET, GOLDEN, COLORADO, WITH ALL
APPURTENANCES, IMPROVEMENTS AND ATTACHMENTS
THEREON;

DEFENDANT NO 2: ONE 2008 TOYOTA HIGHLANDER,
VIN # JTEES42A182076495;

       Defendants.

---

## CONSENT TO FORFEITURE

---

I, Richard Dalton, hereby certify, as the lawful representative of Universal Consulting Resources which is the lawful owner of Defendant No. 2: One 2008 Toyota Highlander, and as the lawful spouse of Marie Dalton, who is the titled owner of Defendant No. 1: One Parcel Property Located at 927 Cole Street, Golden, Colorado, that I hereby voluntarily consent to the forfeiture of all right, title and interest in the above-captioned properties identified as Defendant No. 1 and Defendant No. 2 to the United States.

I voluntarily waive all constitutional, legal and equitable claims arising out of and/or defenses to the forfeiture of this property in any civil, criminal or administrative proceeding, including any claim of innocent ownership and any claim or defense under the Eighth Amendment, including any claim of excessive fine. I agree not to contest or assist anyone else in



EXHIBIT F

contesting the forfeiture on any grounds. I further agree not to petition or assist anyone else in petitioning for the remission or mitigation of the forfeiture.

I hereby agree to unconditionally release and hold harmless the United States of America, the United States Attorney for the District of Kansas, the United States Treasury and the United States Internal Revenue Service, its officers, employees and agents, from any and all claims, demands, damages, cause of actions or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure and forfeiture of the above-captioned property.

Party Consenting to Forfeiture:

Date: 1/18/12

_____
Richard Dalton

Date: 1/18/12

_____
Edward Pluss
Counsel for defendant Richard Dalton

Subscribed and sworn to before me this 18th day of January, 2012.

_____
Notary Public

[Notary Seal: CLARITA B. COSTIGAN, NOTARY PUBLIC, STATE OF COLORADO]

My Commission Expires 5/11/2013

2