## Nicole Quintana

**From:**       Haddock Jason R <Jason.Haddock@ci.irs.gov>
**Sent:**       March 27, 2012 3:01 PM
**To:**         Nicole Quintana
**Cc:**         Lair Ted K
**Subject:**    Notice of Complaint for Forfeiture
**Attachments:** Notice of Complaint.zip


Hello Ms. Quintana,
Please see attached documents regarding the real property at 927 Cole Street:

*Notice of Complaint for Forfeiture Against Real Property*
*Verified Complaint for Forfeiture in Rem*

Per your conversation with Special Agent Ted Lair, you agreed to accept these documents on behalf of your client George Magnani, as notice of the government's interest in this property.  Please reply via email and acknowledge your receipt of these documents.

Please contact me at the phone number below if you have any questions.

Thanks,

Jason Haddock
Asset Forfeiture Specialist- ASRC Primus
IRS Criminal Investigation
Denver Field Office
1999 Broadway, 27th Floor
Denver, CO 80202
(303) 603-4939 desk
(303) 912-7482 cell
(303) 383-5074 fax

