IN THE UNITED STATES DISTRICT COURT
F0R THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO and
2008 TOYOTA HIGHLANDER, VIN#JTEE42A182076495

    Defendants.

___

## CONSENT TO FORFEITURE
___

Ms. Marie Dalton, through her undersigned counsel, hereby advises this Court that, consistent with her obligations under Section VI(K) of her 21 February 2013 Plea Agreement in 11-cr-00430-CMA, consents, without any reservations whatsoever, to the forfeiture to the United States of all right, title and interest in the above-referenced properties identified as Defendants in this matter. Ms. Dalton accordingly requests that her involvement in this case be terminated.

    Dated this 27th day of October, 2013.

                          Respectfully submitted,

                          s/Thomas E. Goodreid
                          Thomas E. Goodreid
                          1801 Broadway, Suite 1100
                          Denver, CO 80202
                          (303) 296-2048x136
                          *t.goodreid@comcast.net*
                          Counsel for Defendant Marie Dalton



EXHIBIT I

## CERTIFICATE OF SERVICE

I certify that, on this 27th day of September, 2013, I electronically filed the foregoing **CONSENT TO FORFEITURE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I further certify that, on this 27th day of September, 2013, I mailed, via the U.S. Postal Service (first class postage, prepaid) a true and correct copy of the foregoing **CONSENT TO FORFEITURE** to Marie Dalton at the federal penal institution where she currently is housed.

s/Thomas E. Goodreid
Thomas E. Goodreid
1801 Broadway, Suite 1100
Denver, CO  80202
(303) 296-2048x136
*t.goodreid@comcast.net*

2