### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02106-PAB-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

927 COLE STREET, GOLDEN, COLORADO,

      Defendant.

---

### FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 84] of U.S. District Judge Philip A. Brimmer entered on September 10, 2014, it is

**ORDERED** that the Motion for Summary Judgment [Docket No. 78] filed by plaintiff the United States of America is **GRANTED**.  It is further

**ORDERED** that judgment is hereby entered in favor of plaintiff and against the defendant.  It is further

**ORDERED** that all right, title, and interest in defendant property 927 Cole Street, Golden, Colorado, which is more particularly described as Parcel B, Exemption Survey Section 6, Township 4 South, Range 69 West, E18-3-93 according to the Exemption Survey Recorded June 4, 1993 at Reception No. 93079644 in Book 113 at Page 26,

County of Jefferson, State of Colorado, is forfeited to plaintiff the United States of

America.

ORDERED that plaintiff is **AWARDED** its costs, to be taxed by the Clerk of the

Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is **CLOSED.**


Dated at Denver, Colorado this 11th day of September, 2014.


FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Jennifer Hawkins

Jennifer Hawkins
Deputy Clerk